IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
OF THE STATE OF FLORIDA, IN AND FOR POLK COUNTY
CIVIL DIVISION

LINDA K. WALKER,

    Plaintiff(s),      Case No.:
vs.      Div.:

JO-ANN STORES, LLC, a foreign
corporation authorized to do
business in the State of Florida,

    Defendant(s).
_____/

## COMPLAINT

COMES NOW the Plaintiff, LINDA K. WALKER, by and through the undersigned attorneys, and sues the Defendant, JO-ANN STORES, LLC (hereinafter JO-ANN), and alleges as follows:

1. This is an action for damages in excess of $30,000.00.

2. The Defendant, JO-ANN, is and was at all times material hereto, a foreign corporation authorized to do business in the State of Florida.

3. On or about June 8, 2019, the Defendant, JO-ANN, was the owner/lessee and in possession of premises located at 4241 US Highway 98 N, in Lakeland, in Polk County, Florida.

4. At that time and place, the Plaintiff, LINDA K. WALKER, was an invitee, or otherwise a customer inside the property/business referenced above, i.e. Jo-Ann.

5. At all times mentioned herein, Defendant had a duty to keep the aforementioned premises in a reasonably safe condition for the purpose to which it was to be utilized by the Plaintiff and others at that location.

6. Defendant breached this duty by allowing wet/slippery substance on the floor, despite the fact the Defendant either knew or should of that dangerous condition. Such condition was unreasonably dangerous and posed a foreseeable risk of harm to the Plaintiff, and to others at that location.

7. At that time and place, the Defendant, JO-ANN, by its agents, employees was negligent and careless, to wit: by failing to maintain the premises in a reasonably safe condition, clean, orderly, and without wet and/or otherwise slippery substance on the floor such as to create a slip and fall, or trip and fall hazard; by failing to warn the public of any dangerous conditions and repair any defects upon said; by failing to put in place safety barriers, warnings or other preventative measures so as to warn the public of any dangerous conditions to prevent an accident of the nature herein; by failing to train or supervise employees so as to ensure avoidance of conditions that could reasonably and foreseeably create slip and fall, or trip and fall hazards for the public; by failing to safely operate the premises and maintain policies, procedures, and protocols designed to protect against reasonably foreseeable slip and fall, or trip and fall hazards from occurring; policies, procedures, and protocols designed to prevent such hazard from going undiscovered; and otherwise, by allowing to exist wet and/or otherwise slippery substance on the floor where the public, and in this particular case, the Plaintiff, was allowed to walk, such that as the Plaintiff entered a stall in the women's restroom, she was caused to slip and sustain injuries.

8. The negligent condition was known to the Defendant or existed for a sufficient length of time so that the Defendant should have known of it; the Defendant also failed to adequately warn of the dangerous condition.

9. As a result of the aforedescribed incident, and the negligence of the Defendant, Plaintiff, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental

anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. The losses are permanent and/or continuing and said Plaintiff will suffer the losses in the future. That all of said injuries/damages were caused solely by the negligence and carelessness of the Defendant herein.

WHEREFORE, the Plaintiff, LINDA K. WALKER, demands judgment against the Defendant, JO-ANN, for damages in excess of $30,000, plus costs of this action and respectfully requests trial by jury.

### DEMAND FOR JURY TRIAL

The Plaintiff hereby demands a trial by jury on all issues so triable.

Dated: June 01, 2020

                                                        KINNEY, FERNANDEZ & BOIRE PA

By:_____
                      Marcus Fernandez, Esquire
                      Attorney for Plaintiff(s)
                      P.O. Box 18055, Tampa, FL 33679
                      Telephone: (813) 875-5445
                      Facsimile: (813) 872-8125
                      **Service E-Mail:** marcus@kfblaw.com
                      FBN: 055806