UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LINDA K. WALKER,

    Plaintiff,

v.                                                        Case No: 8:20-cv-2068-T-30CPT

JO-ANN STORES, LLC,

    Defendant.

## ORDER

THIS CAUSE comes before the Court on the Joint Stipulation for Remand (Dkt. 6). Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1.     The Joint Stipulation for Remand (Dkt. 6) is GRANTED.

2.     Plaintiff's Motion to Remand (Dkt. 5) is DENIED AS MOOT.

3.     The Clerk is directed to remand this action to the Circuit Court of the Sixth Judicial Circuit, in and for Polk County, Florida, and provide that court with a copy of this Order.

4.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 13th day of October, 2020.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record